

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2014

No. 04-13-00852-CR

Guadalupe Flores **QUIROZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1774
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The Appellant's Motion for Suspension and Recalculation of Deadline for Filing brief is hereby GRANTED. The Appellant's brief is due March 12, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court